JEFFREY F. BARR, ESQ
Nevada Bar No. 7269
barrj@AshcraftBarr.com
LEE I. IGLODY, ESQ.
Nevada Bar No. 7757
iglodyl@AshcraftBarr.com
ASHCRAFT & BARR | LLP
2300 West Sahara Avenue, Suite 1130
Las Vegas, NV 89102
Telephone:  (702) 631.7555
Facsimile:  (702) 631.7556
Attorneys for Defendant Kelly Matzenbacher

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WEBGISTIX CORPORATION,<br>         Plaintiff,<br>v.<br>JOSEPH DISORBO, KELLY MATZENBACHER, and TREND NATION, LLC,<br>         Defendants. | Case No.: 2:17-cv-00218-RFB-CWH<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given of the entry of the undersigned counsel for Defendant KELLY MATZENBACHER in the above-entitled action.  Pursuant to Fed. R. Civ. P. 5 all further

/ / /

/ / /

/ / /

Page **1** of **3**

notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon the following:

> JEFFREY F. BARR, ESQ
> Nevada Bar No. 7269
> barrj@AshcraftBarr.com
> LEE I. IGLODY, ESQ.
> Nevada Bar No. 7757
> iglodyl@AshcraftBarr.com
> ASHCRAFT & BARR | LLP
> 2300 West Sahara Avenue, Suite 1130
> Las Vegas, NV 89102
> Telephone: (702) 631.7555
> Facsimile: (702) 631.7556
> Attorneys for Defendant Kelly Matzenbacher

DATED this 4th day of February, 2017.

        ASHCRAFT & BARR | LLP

        /s/ Jeffrey F. Barr, Esq.
        JEFFREY F. BARR, ESQ.
        LEE I. IGLODY, ESQ.
        ASHCRAFT & BARR | LLP
        2300 West Sahara Avenue, Suite 1130
        Las Vegas, NV 89102
        Attorney for Defendant Kelly Matzenbacher

ASHCRAFT & BARR | LLP
2300 WEST SAHARA AVENUE • STE 1130 • LAS VEGAS, NV 89102
702.631.7555    ASHCRAFTBARR.COM

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of February, 2017, I electronically filed and served the foregoing NOTICE OF APPEARANCE OF COUNSEL by using the District Court of Nevada's Case Management/Electronic Case Files (CM/ECF) System, and if necessary, by first class mail, postage pre-paid to the following:

| | |
|---|---|
| Ashley Powers, Esq.<br>ashley.powers@morganlewis.com<br>Kenneth M. Kliebard, Esq.<br>kenneth.kliebard@morganlewis.com<br>MORGAN, LEWIS, & BACKIUS, LLP<br>77 W. Wacker Dr., Ste 500<br>Chicago, IL 60601 | Christopher J Banks, Esq.<br>cbanks@morganlewis.com<br>MORGAN, LEWIS, & BACKIUS, LLP<br>One Market, Spear Tower<br>San Francisco, CA 94105 |
| Samuel S. Lionel, Esq.<br>slionel@fclaw.com<br>FENNEMORE CRAIG<br>300 S. Fourth St, Ste 1400<br>Las Vegas, NV 89101 | Abran E. Vigil, Esq.<br>vigila@ballardspahr.com<br>Russell Jason Burke, Esq.<br>burker@ballardspahr.com<br>BALLARD SPAHR LLP<br>100 N City Parkway, Ste 1750<br>Las Vegas, NV 89106 |
| Patrick G. Byrne, Esq.<br>pbyrne@swlaw.com<br>Michael Paretti, Esq.<br>mparetti@swlaw.com<br>3883 Howard Hughes Pkwy, Ste 1100<br>Las Vegas, NV 89169-5958 | |

      /s/ Jeffrey Barr
An employee of ASHCRAFT & BARR | LLP